# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **JUDGMENT**<br>**on a Motion pursuant to** |
| Plaintiff, | **28 U.S.C. § 2255** |
| v. | Case No.:06-cr-39-bbc<br>08-cv-527-bbc |
| **HAI VAN TRAN,** | |
| Defendant. | |

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

Defendant's motion for post-conviction relief pursuant to 28 U.S.C. § 2255 is DENIED.

JOEL W. TURNER
_____
Joel W. Turner, Acting Clerk

/s/ S. Vogel
_____
by Deputy Clerk

9/25/08
_____
Date